UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KEVIN GERARD MIMS,**

    **Plaintiff,**

  v.          Case No. 18-CV-866

**GRIFOLS,
DAVID IAN BELL,
DONA FEEK, and
SHINJI WADE,**

    **Defendants.**

---

## RECOMMENDATION THAT ACTION BE DISMISSED FOR FAILURE TO PROSECUTE

---

On June 11, 2018, the court granted Kevin Gerard Mims's motion for leave to proceed in forma pauperis and ordered him to amend his complaint. (ECF No. 4.)

The court stated, "He must file an amended complaint by no later than **July 6, 2018**. **Failure to file an amended complaint by July 6, 2018 will result in this action being dismissed**." (ECF No. 4 at 6. (emphasis in original).)

Mims has not filed an amended complaint. Therefore, it is now recommended that this action be dismissed pursuant to Civil Local Rule 41(c) (E.D. Wis.).

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2) whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 16th day of July, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge