# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KEVIN GERARD MIMS,

        Plaintiff,

v.

GRIFOLS, DAVID IAN BELL, DONA FEEK, and SHINJI WADE,

        Defendants.

Case No. 18-CV-866-JPS

**ORDER**

On June 11, 2018, Magistrate Judge William E. Duffin granted Plaintiff's motion for leave to proceed *in forma pauperis.* (Docket #4). Magistrate Duffin then screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915, which requires the court to determine whether a complaint filed *in forma pauperis* is legally sufficient to proceed. *Id.* Finding no viable claim for relief in Plaintiff's allegations as pleaded, Magistrate Duffin ordered that Plaintiff file an amended complaint by July 6, 2018. *Id.* at 4–7. He warned Plaintiff that failure to file an amended complaint would result in dismissal of this action. *Id.* at 6. To date, Plaintiff has not filed an amended complaint.

Therefore, on July 16, 2018, Magistrate Duffin issued a recommendation to this Court that Plaintiff's complaint be dismissed. (Docket #5). The time for objecting to the recommendation has passed and none has been received. *See* Fed. R. Civ. P. 72; Gen. L. R. 72(c). The Court has considered the recommendation and, in light of its agreement with Magistrate Duffin's analysis and without objection from Plaintiff, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #5) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 6th day of August, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge